## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

GERALD HALL, JR.,

            Petitioner

            v.

PA DEPARTMENT OF CORRECTIONS,

            Respondent

: No. 120 EM 2019
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the "Praecipe for Writ of Habeas Corpus ad Subjiciendum" is DENIED.